FRANK P. BARTLEY, Respondent, v. ARCHIE M. ANDREWS, Individually, Appellant, Impleaded with Others.— Order affirmed, without costs. No opinion. Kelly, P. J., Manning, Kelby and Young, JJ., concur; Rich, J., not voting.

JOHN J. BEATTY, Respondent, v. GRACE D. BYRNE and Others, Appellants.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

LEO P. BYK and Another, Doing Business under the Name of TRIANGLE NOVELTY COMPANY, Respondents, v. RICHARD E. ENRIGHT, as Commissioner of Police of the Police Department of the City of New York, and Others, Appellants.— Judgment reversed on the law, with costs, upon authority of *Green* v. *Enright* (208 App. Div. 819), decided by this court March 27, 1924, and complaint dismissed, with costs. The fourth finding of fact reversed, and the conclusion of law and the direction of judgment for plaintiffs disapproved. This court finds the first, third, eleventh, twelfth and thirteenth findings of fact proposed by defendants, and the first, second, third, fourth and fifth conclusions of law proposed by defendants. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur. Settle order on notice.

EDWARD S. CHANDLER, Respondent, v. MARGARET BOUGH, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JEANETTE A. HOLZER, an Infant, by NATHANIEL N. HOLZER, Her Guardian ad Litem, Appellant, v. BARNETT ROSENBERG and Another, Respondents.— Judgment reversed on the law, and new trial granted, with costs to abide the event. The evidence in the case did not justify the charge of the court as to the parents' negligence, and we think the charge upon this subject was prejudicial to the plaintiff. (*Lynch* v. *McNally*, 73 N. Y. 347; *Muller* v. *McKesson*, Id. 195.) There was also error in making ownership of the dog by the defendants a necessary condition of recovery. Keeping or harboring the dog is sufficient. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.